[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 01-1221

WENDELL GREENMAN,

Plaintiff, Appellant,

v.

ATTORNEY GENERAL,

Defendant, Appellee.

_____

No. 01-1295

GEORGE E. DONOVAN,

Plaintiff, Appellant,

v.

ATTORNEY GENERAL,

Defendant, Appellee.

---

APPEALS FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Rya W. Zobel, U.S. District Judge]

---

Before

Boudin, Chief Judge,

Torruella and Lynch, Circuit Judges.

———————————

Wendell Greenman on brief pro se.
George F. Donovan on brief pro se.
Thomas F. Reilly, Attorney General, and James J. Arguin,
Assistant Attorney General, on brief for appellee.

———————————

September 27, 2001

———————————

**Per Curiam**.  In these consolidated appeals, appellants, who are state inmates serving life sentences for second-degree murder, appeal from the dismissal of their suit for declaratory relief.  Appellants asked the district court to find their statutes of conviction to be unconstitutional.  Although this is a habeas claim, appellants have not stated that they have exhausted their state remedies.  Accordingly, we affirm the dismissal of their suit, essentially for the reasons given by the district judge in her Memorandum of Decision dated January 8, 2001 and by the appellee in his appellate brief.

Affirmed.  See Loc. R. 27(c).